UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| UNITED STATES FOR THE USE AND BENEFIT OF CHAMELEON ENTERPRISES, INC., | § § § § | |
| Plaintiff, | § | |
| VS. | § | CIVIL ACTION NO. 2:17-CV-350 |
| GREAT AMERICAN INSURANCE CO., | § § § | |
| Defendant. | § § | |

## ORDER GRANTING DEFENDANT GREAT AMERICAN INSURANCE COMPANY'S MOTION FOR SANCTIONS

Before the Court is Defendant Great American Insurance Company's Motion for Sanctions (D.E. 20), wherein Great American seeks sanctions pursuant to Fed. R. Civ. P. 30 for Plaintiff's counsel's termination of the deposition of Brandy Justice on June 15, 2018. Plaintiff Chameleon Enterprises, Inc. filed a response (D.E. 24) and the Court held a hearing on the motion on July 17, 2018. The Court finds that Great American's motion is well-taken and is hereby GRANTED. The Court ORDERS:

(1) That Plaintiff shall pay the attorney fees and reasonable expenses incurred, or to be incurred, by Great American's counsel in appearing for Ms. Justice's deposition on July 20, 2018, and in preparing its Motion for Sanctions and Memorandum in Support;

(2) That counsel for Great American shall submit a bill of fees and expenses to Plaintiff for payment of these fees and expenses;

(3) That Ms. Justice shall appear for her deposition on July 20, 2018; and

(4) That Ms. Justice or her counsel shall give a general statement to Great American's counsel regarding the reason her deposition was terminated. Such statement shall be made before the commencement of Ms. Justice's deposition on July 20, 2018.

ORDERED this 17th day of July, 2018.

_____
NELVA GONZALES RAMOS
UNITED STATES DISTRICT JUDGE